STATE OF NORTH CAROLINA v. ROBERT GREEN

No. 7410SC744

(Filed 20 November 1974)

APPEAL by defendant from *Godwin, Judge,* 13 May 1974 Session of Superior Court held in WAKE County.

Heard in Court of Appeals 24 September 1974.

Defendant was convicted by a jury of breaking and entering Vance Elementary School near Raleigh on 24 November 1973 and stealing food products valued at $90.00. The charges were consolidated for judgment, and defendant received a prison sentence of 4 to 6 years.

From this judgment defendant has appealed.

*Attorney General James H. Carson, Jr., by Associate Attorney Archie W. Anders, for the State.*

*Charles A. Parlato for defendant appellant.*

BALEY, Judge.

Both defense counsel and the Attorney General have been unable to find any prejudicial error in the trial. The evidence presented by the State was overwhelming. It included witnesses who saw the break-in and who discovered the stolen property in defendant's possession within a few minutes after it was removed from the school. The exception to the judgment presents the face of the record proper for review. We have carefully examined the record and find no error.

No error.

Judges MORRIS and HEDRICK concur.